IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MYRA SMITH                                                      PLAINTIFF

v.                                      CIVIL ACTION NO. 1:19-cv-00206-GHD-DAS

ALLSTATE INSURANCE COMPANY                          DEFENDANT

**ORDER GRANTING MOTION TO REMAND**

Pursuant to an opinion issued this date, the Court hereby ORDERS:

(1) the Plaintiff's motion to remand this case to state court [7] is GRANTED;

(2) this cause is hereby REMANDED to the Circuit Court of Monroe County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the 14 day of July, 2020.

_____
SENIOR U.S. DISTRICT JUDGE